UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHERRY ROBERTS

V.

C.A. No.: 05 175T

FIDELITY & GUARANTY
LIFE INSURANCE COMPANY

**COMPLAINT**

Count I

PARTIES AND JURISDICTION

1. The plaintiff, Sherry Roberts, a resident of the Town of West Greenwich, State of Rhode Island, brings this complaint on her own behalf as a beneficiary under a long term disability insurance policy issued to her through Old Mutual Financial Network Fidelity & Guaranty Life Insurance Company.

2. This is an action brought pursuant to 28 U.S.C. § 1332, Diversity of Citizenship Jurisdiction, in that the plaintiff is a domiciled inhabitant of the State of Rhode Island, and the defendant is an out-of-state corporation, with home offices in Baltimore, Maryland, and the matter in controversy exceeds $100,000, exclusive of interest and costs.

3. The defendant, Fidelity & Guaranty Life Insurance Company, acted as the administrator of a long-term disability benefit plan issued to the plaintiff on October 17, 2002. Said long-term disability plan bears the group policy number 3110467.

4. The plaintiff was an employee of the State of Rhode Island, Department of Children, Youth & Families on and before April 25, 2003.

5. While in the employ of the State of Rhode Island, the plaintiff became totally disabled as defined in the certificate of long-term disability benefits.

6. On April 25, 2003, the plaintiff was no longer able to perform her job duties.

7. The plaintiff duly filed a claim for long-term disability benefits as required by the policy described above.

8. The plaintiff received benefits from July 25, 2003 through February 2004. At that time, the plaintiff's long-term disability benefits were ceased without explanation.

9. The plaintiff has demanded additional benefits from the defendant and the defendant has refused to pay benefits due the plaintiff under the aforementioned policy.

10. The defendant's failure to pay the benefits due the plaintiff is a breach of its obligation under the policy.

WHEREFORE, the plaintiff, Sherry Roberts, demands judgment against the defendant, Fidelity & Guaranty Life Insurance Company, in an amount equal to the coverage provided by said plan, plus interest, costs, attorney fees, and punitive damages.

Count II

11. The plaintiff realleges paragraphs one (1) through ten (10), above, as if fully rewritten herein.

12. At all times relevant hereto, the defendant had a duty and an obligation to investigate and evaluate the plaintiff's claim and further owed the plaintiff a duty of good faith in handling said claim.

13. The defendant, by its agents and employees, negligently investigated and handled the claim, and as a direct and proximate result of said negligence, the plaintiff suffered severe financial loss.

14. At all times relevant hereto, the plaintiff was in the exercise of due care.

WHEREFORE, the plaintiff, Sherry Roberts, demands judgment against the defendant, Fidelity & Guaranty Life Insurance Company, in an amount equal to the coverage provided by said plan, plus interest, costs, attorney fees, and punitive damages.

Plaintiff,
Sherry Roberts,
By her Attorney,

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.

Anthony J. Gianfrancesco, Esq. (#2762)