UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHERRY ROBERTS

V. C.A. No.: 05-0175/T

FIDELITY & GUARANTY
LIFE INSURANCE COMPANY

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM**

Now comes the plaintiff, Sherry Roberts and for her answer to defendant's counterclaim admits the allegations contained in paragraphs eighteen, twenty, twenty-one, twenty-three, twenty-four, twenty-five, twenty-six, twenty-seven, thirty, thirty-eight, thirty-nine and forty of said counterclaim denies the allegations contained in paragraphs nineteen, thirty-two, thirty-six, and thirty-seven and is without sufficient information to either affirm or deny the allegations contained in paragraphs twenty-two, twenty-eight, twenty-nine, thirty-one, thirty-three, thirty-four, and thirty-five of said counterclaim.

As to the first counterclaim the plaintiff reaffirms her answers to paragraphs eighteen through forty as if fully rewritten herein and is without information to affirm or deny the allegations contained in paragraphs forty-two and forty-three and denies the allegations contained in paragraphs forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty, fifty-one, fifty-two, fifty-three, fifty-four, fifty-five, fifty-six, fifty-seven, fifty-eight, and fifty-nine.

Plaintiff,
Sherry Roberts,
By her Attorney,

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

PLAINTIFF HEREBY DEMANDS A TRIAL, BY JURY.

Anthony J. Gianfrancesco, Esq. (#2762)

**CERTIFICATION**

The undersigned hereby certifies that a true and accurate copy of the above was sent via first class mail, postage prepaid to **Brooks R. Magratten, Esq. and Michael J. Daly, Esq.**, Vetter & White, 20 Washington Place, Providence, Rhode Island 02903 on this 8th day of June, 2005.

Michael M. Miccolo