UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SHERRY ROBERTS, )
Plaintiff )
) C.A. No. 05-0175/T
v. )
)
FIDELITY & GUARANTY LIFE )
INSURANCE COMPANY, )
Defendant )

RECEIVED
AUG 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

Plaintiff and defendant agree that the complaint and all counterclaims may be dismissed without prejudice and without fees or costs.

Anthony J. Gianfrancesco, Esq. #2762
Baluch, Gianfrancesco, Mathieu & Szerlag
Attorneys for Plaintiff
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434
(401) 351-9653 [FAX]

Brooks R. Magratten, Esq. #3585
Michael J. Daly, Esq. #6729
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Date: August 15, 2005

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 8/23/05

CERTIFICATE OF SERVICE

T0:

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street - Suite 101
Providence, RI 02903

I hereby certify that I caused to be served on the above-named counsel of record a copy of the within Stipulation by mailing first class mail, postage prepaid, on the 15th day of August, 2005.

Lisa A. Lariviere